John Dial Jr.
    v.
Dir. Harvey, Ass. Dir. Gordon, Major Haynes, Capt. Sligh, Capt. Watson, Sgt. Noble, Sgt. Pinkney, Sgt. Lark, Sgt. Goodson, Leon Lott, 5th Circuit Solictor's office, Emily Burns, Sgt. Pough

Motion To Seal Documents, Civil Complaint and Habeas Corpus

    I make this motion asking the Court to Seal enclosed documents due to the nature of the information contained in Complaint and for Writ of Habeas Corpus. If this information is made public I will most likely be assaulted or put to death. Especially where I'm currently detained.
    I respectfully ask this Court to Seal all documents enclosed for my safety.

John Dial
4-8-25